UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, and<br>TALLAGE DAVIS, LLC,<br><br>    Defendants. | Civil Action No. 22-CV-10761 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

  Please enter my appearance as co-counsel for the defendant City of New Bedford in the above-captioned matter.

          Respectfully submitted,

          CITY OF NEW BEDFORD,
          By its attorney,


          */s/ Christine M. Netski*
          Christine M. Netski, BBO No. 546936
          netski@sugarmanrogers.com
          Sugarman, Rogers, Barshak & Cohen, P.C.
          101 Merrimac Street, Suite 900
          Boston, MA 02114-4737
          (617) 227-3030

Dated: May 18, 2022

## **CERTIFICATE OF SERVICE**

I, Christine M. Netski, hereby certify that on the 18th day of May, 2022, I served the foregoing upon the other parties to this action by causing copies thereof to be sent by first-class mail and email, to the following:

| | |
|---|---|
| Jonathan Houghton, Esq. | Jonathan M. Silverstein, Esq. |
| JHoughton@pacificlegal.org | jms@bbhslaw.net |
| Joshua Polk, Esq. | Blatman, Bobrowski, Haverty & Silverstein, LLC |
| JPolk@pacificlegal.org | 9 Damonmill Sq. Ste. 4A4 |
| Christina M. Martin, Esq. | Concord, MA 01742 |
| CMartin@pacificlegal.org | |
| Pacific Legal Foundation | |
| 555 Capital Mall, Suite 1290 | |
| Sacramento, CA 95814 | |

*/s/ Christine M. Netski*
Christine M. Netski

4871-9401-9360, v. 1