UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, and<br>TALLAGE DAVIS, LLC<br><br>　　　　　Defendants. | Civil Action No. 22-cv-10761 |

NOTICE OF APPEARANCE

　　Please enter our appearance for the Defendant Tallage Davis, LLC in the above action.

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel C. Hill*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Daniel C. Hill (BBO #644885)
　　　　　　　　　　　　　　　　　　　　Kaitlyn Baptista (BBO #693392)
　　　　　　　　　　　　　　　　　　　　HILL LAW
　　　　　　　　　　　　　　　　　　　　6 Beacon Street, Suite 600
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　(617) 494-8300
　　　　　　　　　　　　　　　　　　　　dhill@danhilllaw.com

Dated: May 19, 2022

Certificate of Service

　　In accordance with Fed. R. Civ. P. 5, and L.R., D. Mass. 5.2(b) & 5.4(c), I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF on this date.

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel C. Hill*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Daniel C. Hill (BBO #644885)