UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH D. FOSS,

                      Plaintiff,

v.

CITY OF NEW BEDFORD, and
TALLAGE DAVIS, LLC

                      Defendants.

Civil Action No. 22-cv-10761

**DEFENDANTS' JOINT ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The City of New Bedford ("City"), jointly with co-defendant Tallage Davis, LLC

("Tallage") (collectively, "Defendants"), respectfully move this Court to extend the time to file

their respective responses to Plaintiff's Complaint to June 21, 2022.

In support of this motion, Defendants state as follows:

1.       Plaintiff filed this action in the Bristol County Superior Court Department of the

Massachusetts Trial Court on March 29, 2022.

2.       The City was served with a Summons and the Complaint on April 19, 2022.

3.       Tallage was served with a Summons and the Complaint on May 2, 2022.

4.       On May 13, 2022, while the case was pending in state court, the Parties filed a

stipulation extending the time for Defendants to file their respective responses to the Complaint

to June 21, 2022.

5.       On May 17, 2022, the City filed its Notice of Removal in this Court.

6.       As support for this motion, Defendants state that this additional time is required

so that they may respond fully to the allegations asserted in the Complaint.

1

7.       Additionally, Plaintiff assents to the extension requested by this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time by which

they must respond to Plaintiff's Complaint to June 21, 2022.

TALLAGE DAVIS, LLC

By its attorneys,

*/s/ Jonathan M. Silverstein* _____
Jonathan M. Silverstein (BBO No. 630431)
jms@BBHSlaw.net
Blatman, Bobrowski, Haverty & Silverstein,
LLC
9 Damonmill Sq. Ste. 4A4
Concord, MA 01742
(978) 371-2226

and


*/s/ Daniel C. Hill* _____
Daniel C. Hill (BBO #644885)
dhill@danhilllaw.com
HILL LAW
6 Beacon Street, Suite 600
Boston, MA 02108
(617) 494-8300

CITY OF NEW BEDFORD,

By its attorneys,

*/s/ Christine M. Netski* _____
Christine M. Netski (BBO No. 546936)
netski@sugarmanrogers.com
Tristan P. Colangelo (BBO No. 682202)
colangelo@sugarmanrogers.com
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, Suite 900
Boston, MA 02114-4737
(617) 227-3030


ASSENTED-TO:

DEBORAH D. FOSS,

By her attorneys,

*/s/ Jonathan Houghton* _____
Jonathan Houghton (641688)
JHoughton@pacificlegal.org
Joshua Polk, Esq. *(PHV application to be filed)*
JPolk@pacificlegal.org
Christina M. Martin, Esq. *(PHV application to be filed)*
CMartin@pacificlegal.org
Pacific Legal Foundation
555 Capital Mall, Suite 1290
Sacramento, CA 95814

Dated: May 23, 2022

## CERTIFICATE OF SERVICE

I, Tristan P. Colangelo, hereby certify that a true copy of the above document was served electronically upon the below-listed attorney of record for each other party on May 23, 2022, as a registered ECF participant:

Jonathan Houghton, Esq.
JHoughton@pacificlegal.org
Joshua Polk, Esq.
JPolk@pacificlegal.org
Christina M. Martin, Esq.
CMartin@pacificlegal.org
Pacific Legal Foundation
555 Capital Mall, Suite 1290
Sacramento, CA 95814

Jonathan M. Silverstein, Esq.
jms@BBHSlaw.net
Blatman, Bobrowski, Haverty & Silverstein, LLC
9 Damonmill Sq. Ste. 4A4
Concord, MA 01742
(978) 371-2226

Daniel C. Hill (BBO #644885)
dhill@danhilllaw.com
HILL LAW
6 Beacon Street, Suite 600
Boston, MA 02108

*/s/ Tristan P. Colangelo*
Tristan P. Colangelo