UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 22-CV-10761

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>   Plaintiff<br><br>v.<br><br>CITY OF NEW BEDFORD and<br>TALLAGE DAVIS, LLC,<br><br>   Defendants | **NOTICE OF APPEARANCE** |

  Please enter our appearances for the Private Defendant Tallage Davis, LLC, in the above-captioned matter.

Date: May 23, 2022

_/s/ Jonathan Silverstein_
Jonathan Silverstein, BBO No. 630431
Christopher J. Alphen, BBO No. 691813
Blatman, Bobrowski, Haverty & Silverstein, LLC
9 Damonmill Square, Suite 4A4
Concord, MA 01742
Phone: (978) 371-2226
Fax: (978) 371-2296
jms@bbhslaw.net

## CERTIFICATE OF SERVICE

I, Christopher J. Alphen, attorney for the private defendant, hereby state that I served a copy of the attached document, by electronic service or by mailing same, first-class mail, postage prepaid, to:

Jonathan Houghton, Esq.
Joshua Polk, Esq.
Christina M. Martin, Esq.
Pacific Legal Foundation
555 Capital Mall
Suite 1290
Sacramento, CA 95814

Christine M. Netski, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, Suite 900
Boston, MA

DATE:  May 23, 2022

_____
Christopher J. Alphen, Esq.