UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, and<br>TALLAGE DAVIS, LLC<br><br>　　　　　　Defendants. | Civil Action No. 22-cv-10761 |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' JOINT ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The City of New Bedford ("City"), by and through counsel, hereby withdraws its Joint Assented-to Motion for Extension of Time to Respond to Complaint (Doc. 6), as filed earlier today, May 23, 2022. This document is being withdrawn because it was prematurely filed before counsel for the Plaintiff filed a notice of appearance. The City expects to file a similar motion for an extension of time to respond to the Complaint for the Court's consideration forthwith.

　　　　　　　　　　　　　　　　　　CITY OF NEW BEDFORD,

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　*/s/ Christine M. Netski* _____
　　　　　　　　　　　　　　　　　　Christine M. Netski (BBO No. 546936)
　　　　　　　　　　　　　　　　　　netski@sugarmanrogers.com
　　　　　　　　　　　　　　　　　　Tristan P. Colangelo (BBO No. 682202)
　　　　　　　　　　　　　　　　　　colangelo@sugarmanrogers.com
　　　　　　　　　　　　　　　　　Sugarman, Rogers, Barshak & Cohen, P.C.
　　　　　　　　　　　　　　　　　101 Merrimac Street, Suite 900
　　　　　　　　　　　　　　　　　Boston, MA 02114-4737
　　　　　　　　　　　　　　　　　(617) 227-3030

Dated: May 23, 2022

1

## **CERTIFICATE OF SERVICE**

      I, Tristan P. Colangelo, hereby certify that a true copy of the above document was served electronically and/or first-class mail upon the below-listed attorney of record for each other party on May 23, 2022, as a registered ECF participant:

| | |
|---|---|
| Jonathan Houghton, Esq.<br>JHoughton@pacificlegal.org<br>Joshua Polk, Esq.<br>JPolk@pacificlegal.org<br>Christina M. Martin, Esq.<br>CMartin@pacificlegal.org<br>Pacific Legal Foundation<br>555 Capital Mall, Suite 1290<br>Sacramento, CA 95814 | Jonathan M. Silverstein, Esq.<br>jms@BBHSlaw.net<br>Blatman, Bobrowski, Haverty & Silverstein, LLC<br>9 Damonmill Sq. Ste. 4A4<br>Concord, MA 01742<br><br>Daniel C. Hill<br>dhill@danhilllaw.com<br>HILL LAW<br>6 Beacon Street, Suite 600<br>Boston, MA 02108 |

                              */s/ Tristan P. Colangelo*
                              Tristan P. Colangelo

4879-6334-7233, v. 1