UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, and<br>TALLAGE DAVIS, LLC<br><br>                Defendants. | Civil Action No. 22-cv-10761 |

### DEFENDANTS' JOINT MOTION FOR
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

The City of New Bedford ("City"), jointly with co-defendant Tallage Davis, LLC ("Tallage") (collectively, "Defendants"), respectfully move this Court to extend the time to file their respective responses to Plaintiff's Complaint to June 21, 2022.

In support of this motion, Defendants state as follows:

1. Plaintiff filed this action in the Bristol County Superior Court Department of the Massachusetts Trial Court on March 29, 2022.

2. The City was served with a Summons and the Complaint on April 19, 2022.

3. Tallage was served with a Summons and the Complaint on May 2, 2022.

4. On May 13, 2022, while the case was pending in state court, the Parties filed a stipulation extending the time for Defendants to file their respective responses to the Complaint to June 21, 2022.

5. On May 17, 2022, the City filed its Notice of Removal in this Court.

6. As support for this motion, Defendants state that this additional time is required so that they may respond fully to the allegations asserted in the Complaint.

WHEREFORE, Defendants respectfully request that the Court extend the time by which they must respond to Plaintiff's Complaint to June 21, 2022.

| | |
|---|---|
| TALLAGE DAVIS, LLC | CITY OF NEW BEDFORD, |
| By its attorneys, | By its attorneys, |
| */s/ Jonathan M. Silverstein* | */s/ Christine M. Netski* |
| Jonathan M. Silverstein (BBO No. 630431) | Christine M. Netski (BBO No. 546936) |
| jms@BBHSlaw.net | netski@sugarmanrogers.com |
| Blatman, Bobrowski, Haverty & Silverstein, LLC | Tristan P. Colangelo (BBO No. 682202) |
| | colangelo@sugarmanrogers.com |
| 9 Damonmill Sq. Ste. 4A4 | SUGARMAN, ROGERS, BARSHAK & COHEN, P.C. |
| Concord, MA 01742 | 101 Merrimac Street, Suite 900 |
| (978) 371-2226 | Boston, MA 02114-4737 |
| | (617) 227-3030 |
| and | |

*/s/ Daniel C. Hill*
Daniel C. Hill
dhill@danhilllaw.com
HILL LAW
6 Beacon Street, Suite 600
Boston, MA 02108
(617) 494-8300


Dated: May 23, 2022

## **CERTIFICATE OF SERVICE**

  I, Tristan P. Colangelo, hereby certify that a true copy of the above document was served electronically and/or first-class mail upon the below-listed attorney of record for each other party on May 23, 2022, as a registered ECF participant:

Jonathan Houghton, Esq.  
JHoughton@pacificlegal.org  
Joshua Polk, Esq.  
JPolk@pacificlegal.org  
Christina M. Martin, Esq.  
CMartin@pacificlegal.org  
Pacific Legal Foundation  
555 Capital Mall, Suite 1290  
Sacramento, CA 95814  

Daniel C. Hill  
dhill@danhilllaw.com  
HILL LAW  
6 Beacon Street, Suite 600  
Boston, MA 02108  

Jonathan M. Silverstein, Esq.  
jms@BBHSlaw.net  
Blatman, Bobrowski, Haverty & Silverstein, LLC  
9 Damonmill Sq. Ste. 4A4  
Concord, MA 01742  
(978) 371-2226  

              */s/ Tristan P. Colangelo*_____  
              Tristan P. Colangelo

4871-7337-6800, v. 2