UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. FOSS,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD, and<br>TALLAGE DAVIS, LLC<br><br>             Defendants. | Civil Action No. 22-cv-10761 |

**DEFENDANTS' ASSENTED-TO MOTION FOR FURTHER
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Defendants City of New Bedford ("City") and Tallage Davis, LLC ("Tallage"), respectfully move this Court to extend the time for the Defendants to file their respective responses to Plaintiff's Complaint to July 5, 2022. The Plaintiff Deborah D. Foss assents to this Motion.

In support of this motion, Defendants state as follows:

1.      Plaintiff filed this action in the Bristol County Superior Court Department of the Massachusetts Trial Court on March 29, 2022.

2.      The City was served with a Summons and the Complaint on April 19, 2022.

3.      Tallage was served with a Summons and the Complaint on May 2, 2022.

4.      On May 13, 2022, while the case was pending in state court, the Parties filed a stipulation extending the time for Defendants to file their respective responses to the Complaint to June 21, 2022.

5.      On May 17, 2022, the City filed its Notice of Removal in this Court.

1

6. On May 26, 2022, this Court allowed the Defendants' Motion to extend the Complaint response deadline to June 21, 2022, consistent with the stipulation filed in state court.

7. The Defendants seek an additional two weeks to respond to the Complaint, to July 5, 2022. As support for this motion, Defendants state that this additional time is required so that they may respond fully to the allegations asserted in the Complaint.

WHEREFORE, Defendants respectfully request that the Court extend the time by which they must respond to Plaintiff's Complaint to July 5, 2022.

| TALLAGE DAVIS, LLC | CITY OF NEW BEDFORD, |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Jonathan M. Silverstein* | */s/ Christine M. Netski* |
| Jonathan M. Silverstein (BBO No. 630431) | Christine M. Netski (BBO No. 546936) |
| jms@BBHSlaw.net | netski@sugarmanrogers.com |
| Blatman, Bobrowski, Haverty & Silverstein, LLC | Tristan P. Colangelo (BBO No. 682202) |
| | colangelo@sugarmanrogers.com |
| 9 Damonmill Sq. Ste. 4A4 | Sugarman, Rogers, Barshak & Cohen, P.C. |
| Concord, MA 01742 | 101 Merrimac Street, Suite 900 |
| (978) 371-2226 | Boston, MA 02114-4737 |
| | (617) 227-3030 |

ASSENTED-TO

PLAINTIFF,

By her attorney,

/s/ *James D. Masterman*
_____
James D. Masterman (BBO #324000)
James P. Ponsetto (BBO #556144)
Greenberg Traruig, LLP
One International Place, Suite 2000
Boston, MA 02110
617-310-6284

Dated: June 20, 2022

## CERTIFICATE OF SERVICE

I, Daniel C. Hill, hereby certify that a true copy of the above document was served electronically upon the below-listed attorney of record for each other party on June 20, 2022, as a registered ECF participant:

Jonathan Houghton, Esq.
JHoughton@pacificlegal.org
Joshua Polk, Esq.
JPolk@pacificlegal.org
Christina M. Martin, Esq.
CMartin@pacificlegal.org
Pacific Legal Foundation
555 Capital Mall, Suite 1290
Sacramento, CA 95814

Jonathan M. Silverstein, Esq.
jms@BBHSlaw.net
Blatman, Bobrowski, Haverty & Silverstein, LLC
9 Damonmill Sq. Ste. 4A4
Concord, MA 01742
(978) 371-2226

James D. Masterman, Esq.
mastermanj@gtlaw.com
James P. Ponsetto, Esq.
ponsettoj@gtlaw.com
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
617-310-6284

*/s/ Daniel C. Hill*