# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (BOSTON)

| | |
|---|---|
| DEBORAH D. FOSS, | Civil Action No. 1:22-cv-10761 |
| Plaintiff, | |
| v. | |
| CITY OF NEW BEDFORD, and TALLAGE DAVIS, LLC, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

Pursuant to LR 68.2, having reached a settlement on all claims, the parties, by their attorneys, hereby stipulate and agree that the action be dismissed with prejudice and with each party bearing their own costs and attorney's fees.

DATED: August 12, 2022.

s/ Christine M. Netski
Christine M. Netski
BBO No. 546936
netski@sugarmanrogers.com
Tristan P. Colangelo
BBO No. 682202
colangelo@sugarmanrogers.com
SUGARMAN, ROGERS,
BARSHAK & COHEN, P.C.
101 Merrimac Street, Suite 900
Boston, MA 02114-4737
(617) 227-3030

*Counsel for defendant, City of New Bedford*

s/ Jonathan Silverstein
Jonathan Silverstein,
BBO No. 630431
Christopher J. Alphen
BBO No. 691813
Blatman, Boborwski, Haverty & Silverstein, LLC
9 Damonmill Square, Suite 4A4
Concord, MA 01742
Phone: (978) 371-2226
Fax: (978) 371-2296
jms@bbhslaw.net

*Counsel for defendant, Tallage Davis, LLC*

*s/ Joshua Polk*
JOSHUA POLK
CA Bar No. 329205
CHRISTINA M. MARTIN*
FL Bar No. 0100760
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
JPolk@pacificlegal.org
CMartin@pacificlegal.org


James D. Masterman, Esq.
BBO # 324000
James P. Ponsetto, Esq.
BBO # 556144
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
617-310-6284
mastermanj@gtlaw.com


*Pro hac vice*
*Attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed and served on all counsel of record through the Court's CM/ECF system on August 12, 2022.

*s/ Joshua Polk*
JOSHUA POLK*